O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-03231 AHM (FMOx) | | Date | August 6, 2009 |
|---|---|---|---|---|
| Title | UNITED STATES OF AMERICA, et al. v. REAL PROPERTY LOCATED IN PALMDALE, CALIFORNIA | | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In light of the government's report that the criminal investigation concerning claimant Zaida Amaya will not be going forward, the Court lifts the stay previously entered in this case, and ORDERS the Court Clerk to reopen the case.

The Court sets this matter for a scheduling conference on November 2, 2009 at 1:30 p.m.  Claimant Amaya shall file an answer by not later than October 19, 2009.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-5**